# United States Bankruptcy Court
## Western District of Louisiana Shreveport Division

In re  **RWDY, Inc.**                                              Case No.  **22-11308**
                          Debtor(s)                                Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RWDY, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**William A, Lowery
2640 Youree Drive Suite 200
Shreveport, LA 71104**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 21, 2022** | **/s/ Robert W. Raley** |
| Date | **Robert W. Raley** |
| | Signature of Attorney or Litigant |
| | Counsel for **RWDY, Inc.** |
| | **Robert W. Raley, Esq.**<br>**290 Benton Spur Road**<br>**Bossier City, LA 71111**<br>**318-747-2230 Fax:rwr@robertraleylaw.com**<br>**rwr@robertraleylaw.com** |