UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In re:                                                                      Case No. 22-11308

RWDY, INC.,

        Debtor.                                                  Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

The undersigned has been asked to serve as counsel for Goat Advance LLC, Reliance Financial, Spin Capital, Mynt Advance, Slate Advance, and Reserve Capital Management in the above-referenced case, and files this Notice of Appearance and Request for Notice in the above-referenced proceeding and requests that all notices given or required to be given in this case and all documents served or required to be severed in this case be given or served upon same at the address and/or email address listed as follows:

    Katilyn M. Hollowell (#37729)
    katie.hollowell@keanmiller.com
    KEAN MILLER LLP
    400 Convention Street, Suite 700
    P. O. Box 3513 (70821-3513)
    Baton Rouge, LA  70802
    Telephone:  (225) 387-0999
    Telecopier:  (225) 388-9133

**FURTHER NOTICE** is hereby given that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaint, demand, hearing, pleading, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization, or request, formal or informal, whether transmitted or conveyed by mail, email, fax or otherwise that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

**FURTHER NOTICE** is hereby given that this Notice of Appearance and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Goat Advance LLC, Reliance Financial, Spin Capital, Mynt Advance, Slate Advance, and Reserve Capital Management (1) to have final orders in matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Goat Advance LLC, Reliance Financial, Spin Capital, Mynt Advance, Slate Advance, and/or Reserve Capital

Management is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Goat Advance LLC, Reliance Financial, Spin Capital, Mynt Advance, Slate Advance, and Reserve Capital Management expressly reserve. Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: January 13, 2023

Respectfully submitted:

KEAN MILLER LLP
*/s/ Katilyn M. Hollowell*
J. Eric Lockridge (#30159)
eric.lockridge@keanmiller.com
Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999

***Attorneys for Goat Advance LLC, Reliance Financial, Spin Capital, Mynt Advance, Slate Advance, and Reserve Capital Management***